No. 125. ARKANSAS & LOUISIANA MISSOURI RAILWAY Co. ET AL. *v.* AMARILLO-BORGER EXPRESS, INC., ET AL.; and

No. 224. UNITED STATES ET AL. *v.* AMARILLO-BORGER EXPRESS, INC., ET AL. Appeals from the United States District Court for the Northern District of Texas. Probable jurisdiction noted. *J. T. Suggs* for the Arkansas & Louisiana Missouri Railway Co. et al., appellants in No. 125. *Simon E. Sobeloff,* then Solicitor General, *Assistant Attorney General Barnes, Robert W. Ginnane* and *H. Neil Garson* for the United States and the Interstate Commerce Commission, appellants in No. 224. Reported below: 138 F. Supp. 411.

No. 280. GUSS, DOING BUSINESS AS PHOTO SOUND PRODUCTS MANUFACTURING Co., *v.* UTAH LABOR RELATIONS BOARD. Appeal from the Supreme Court of Utah. Probable jurisdiction noted. *Harold P. Fabian* for appellant.

No. 295. UNITED STATES *v.* WITKOVICH. Appeal from the United States District Court for the Northern District of Illinois. Probable jurisdiction noted. *Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 79. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 695, A. F. L., ET AL. *v.* VOGT, INC. Supreme Court of Wisconsin. Certiorari granted. *David Previant* for petitioners. *Leon B. Lamfrom* and *Jacob L. Bernheim* for respondent.